In the Matter of the Application of THE COUNTY OF WESTCHESTER, by THE WESTCHESTER COUNTY SANITARY SEWER COMMISSION, Organized and Existing Under and Pursuant to Chapter 603 of the Laws of 1926 of the State of New York, and the Acts Amendatory Thereof and Supplemental Thereto, Appellant, to Acquire Easements in and through Lands of LOUIS J. SNYDER and Others, Respondents.— Order dismissing petition affirmed, with ten dollars costs and disbursements. Plaintiff, appellant's time to amend its petition to comply with the provisions of section 4, subdivision 3, of the Condemnation Law, as provided in the order under review, is extended until ten days after the entry of an order

upon this appeal and the service of a copy thereof upon the county attorney. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.